KENNETH J. COLLINS, CSBN 100579
ATTORNEY AT LAW
P. O. BOX 1193
ARCATA, CA 95518
(707) 822-1611 FAX (707) 822-1044
EMAIL:  aew1950@yahoo.com
ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KERRI JOSEPH MALLOY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:12-CV-01388-NJV<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920**<br><br>& ORDER |

TO THE HONORABLE NANDOR J. VADAS, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of THREE THOUSAND AND SEVEN HUNDRED dollars ($3,700.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Mr. Malloy's assignment of EAJA fees to Kenneth J. Collins.  The retainer agreement

containing the assignment is attached as Exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Kenneth J. Collins, but if the Department of the Treasury determines that Mr. Malloy does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Mr. Collins, pursuant to the assignment executed by Mr. Malloy.  Any payments made shall be delivered to Mr. Collins.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of THREE THOUSAND AND SEVEN HUNDRED dollars and 00/100 cents ($3,700.00) in EAJA attorney fees, shall constitute a complete release from, and bar to, any and all claims that Plaintiff Kerri Malloy and Plaintiff's Attorney Kenneth J. Collins may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's Attorney, Kenneth J. Collins to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: May 9, 2013                         */s/ Kenneth J. Collins*
                                           *(Per email authorization)*
                                           KENNETH J. COLLINS
                                           Attorney for Plaintiff

//

//

//

& ORDER
Stipulation for the Award and Payment of Attorney Fees and Expenses
Pursuant to the Equal Access to Justice Act-2-

1 | Dated: May 9, 2013

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Patrick William Snyder*
PATRICK WILLIAM SNYDER
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated: May 13, 2013

_____
United States Magistrate District Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Nandor J. Vadas]

& ORDER
Stipulation for the Award and Payment of Attorney Fees and Expenses
Pursuant to the Equal Access to Justice Act-3-